INTERNATIONAL MADISON BANK AND TRUST COMPANY, Respondent, v. JONAS CONSTRUCTION Co., INC., and Others, Defendants, and TILLIE H. LIEBMANN, Appellant.— Order granting plaintiff's motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The existence of the agreement concerning the assignment of rents and the statements in the opposing affidavits as to the amounts of rents collected, and that such amounts, if applied as required by the agreement, were sufficient to prevent any default, were not denied by the plaintiff. Assuming the truth of these statements, we are of opinion that they constitute a defense in appellant's favor. It is asserted that the agreement in question was made for the benefit of the appellant as well as for the benefit of all subsequent lienors of the property. This is an equitable action and the rights of the parties are governed by equitable principles. It would be unjust and inequitable to permit the plaintiff, with funds in its possession sufficient to pay the interest on the mortgage, and required so to do by its agreement with the mortgagor, to withhold such payments, to declare a default in the payment of such interest, and to maintain an action to foreclose the mortgage and wipe out all subsequent liens and interests. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of Supplementary Proceedings: ESTHER ALPERN, Judgment Creditor, Respondent, v. EDWIN S. DENHAM and EDWIN A. DENHAM, Judgment Debtors, Appellants, and ELSA DENHAM, Judgment Debtor.— Order appointing receiver in proceedings supplementary to execution reversed on the law, without costs, and motion denied, without costs. Inasmuch as the proceedings were brought in the County Court, a justice of the Supreme Court was without jurisdiction to appoint a receiver. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of JOSEPH R. HALPIN for a Peremptory Order of Mandamus, Appellant, against BOARD OF EDUCATION OF THE CITY OF YONKERS, LILLIAN E. BELCHER and Others, Members Constituting Said Board, Respondents. — Order denying petitioner's application for a peremptory mandamus order requiring respondents to reinstate him in the position of secretary of the board of education of the city of Yonkers unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.